UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Donna Gaston, | ) | |
|              Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 11-1057 |
| | ) | |
| National City Mortgage Company, | ) | |
|              Defendant | ) | |

## ORDER

Federal courts are "courts of limited jurisdiction. They possess only that power authorized by Constitution and statute." Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 377 (1994); quoted in Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546 (2005). Their jurisdiction is generally defined in 28 U.S.C. 1331 and 1332.

It is presumed that a cause lies outside the limited jurisdiction, Kokkonen, 511 U.S. at 377, and it is a plaintiff's obligation to plead sufficient information so that the court may determine whether the subject matter of the dispute may be brought within that limited jurisdictional purview.

A review of Plaintiff's complaint in this matter reveals no apparent basis for this Court to exercise its jurisdiction over this dispute. Plaintiff is therefore directed, within 14 days of this date, to file a supplemental jurisdictional statement, setting out the basis for this Court's jurisdiction over the subject matter of this dispute.

ENTERED ON February 15, 2011

                                            s/ John A. Gorman
                                        JOHN A. GORMAN
                      UNITED STATES MAGISTRATE JUDGE