E-FILED
Tuesday, 08 November, 2011  04:56:09 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNA J. GASTON., | : CASE NO. 1:11-CV-01057 |
| Plaintiff, | : JUDGE MICHAEL M. MIHM |
| vs. | : |
| NATIONAL CITY BANK OF MICHIGAN/ILLINOIS AS SUCCESSOR IN INTEREST TO FIRST OF AMERICA BANK-ILLINOIS, NA, *et al.*, | : |
| Defendants. | : |

### DEFENDANT PNC BANK'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Defendant PNC Bank, National Association ("PNC"), successor in interest to National City Bank of Michigan/Illinois, moves this Court for an order dismissing Plaintiff Donna J. Gaston's Complaint with prejudice on the grounds that this Court lacks subject matter jurisdiction and on the grounds that Plaintiff has failed to state a claim upon which relief can be granted. A Memorandum in Support of this Motion is attached and incorporated here by reference.

Respectfully submitted,

/s/ Francis J. Pendergast III
Francis J. Pendergast III (ARDC # 3127593)
John F. Sullivan (ARDC # 6205900)
Crowley & Lamb
221 N. LaSalle St Suite 1550
Chicago, IL 60601
jsullivan@crowleylamb.com
fpendergast@crowleylamb.com

*Attorneys for Defendant PNC Bank, NA*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNA J. GASTON., | : CASE NO. 1:11-CV-01057 |
| Plaintiff, | : JUDGE MICHAEL M. MIHM |
| vs. | |
| NATIONAL CITY BANK OF MICHIGAN/ILLINOIS AS SUCCESSOR IN INTEREST TO FIRST OF AMERICA BANK-ILLINOIS, NA, *et al.*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Francis J. Pendergast, III, an attorney on oath state that I served this Notice of Filing and PNC Bank's Motion to Dismiss via U.S. Regular Mail to Donna J. Gaston on November 8, 2011 at or before 5:00 p.m.

/s/ Francis J. Pendergast, III
Francis J. Pendergast III (ARDC # 3127593)
John F. Sullivan (ARDC # 6205900)
Crowley & Lamb
221 N. LaSalle St Suite 1550
Chicago, IL 60601
jsullivan@crowleylamb.com
fpendergast@crowleylamb.com
Attorney for PNC Bank

*Attorneys for Defendant PNC Bank, NA*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNA J. GASTON., | : CASE NO. 1:11-CV-01057 |
| Plaintiff, | : JUDGE MICHAEL M. MIHM |
| vs. | : |
| NATIONAL CITY BANK OF MICHIGAN/ILLINOIS AS SUCCESSOR IN INTEREST TO FIRST OF AMERICA BANK-ILLINOIS, NA, *et al.*, | : |
| Defendants. | : |

## NOTICE OF FILING

To:   Donna J. Gaston
      704 S. Evans Street
      Bloomington, Illinois 61701

PLEASE TAKE NOTICE that on November 8, 2011, we have electronically sent for filing with the Clerk of the U.S. District Court, Central District of Illinois, Defendant PNC Bank's Motion to Dismiss.

                                    /s/ Francis J. Pendergast, III
                                    Francis J. Pendergast III (ARDC # 3127593)
                                    John F. Sullivan (ARDC # 6205900)
                                    Crowley & Lamb
                                    221 N. LaSalle St Suite 1550
                                    Chicago, IL 60601
                                    jsullivan@crowleylamb.com
                                    fpendergast@crowleylamb.com
                                    Attorney for PNC Bank


                                    *Attorneys for Defendant PNC Bank, NA*