# EXHIBIT 2

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF McLEAN

NATIONAL CITY BANK OF MICHIGAN/ )
ILLINOIS as successor in interest to )
FIRST OF AMERICA BANK-ILLINOIS, )
NA, )
                                                 ) JURY TRIAL DEMANDED
)
         Plaintiff, )
)
vs. ) CASE NO. 03-CH-60
)
DONNA JEANNE GASTON, et al., )
)
         Defendants. )

## AMENDED ANSWER TO
## COMPLAINT FOR FORECLOSURE AND COUNTERCLAIM

Now comes the Defendant, DONNA JEANNE GASTON, by her attorney, JACK C. VIELEY, and for her Amended Answer to Complaint for Foreclosure states as follows:

1. Denies the allegations contained in paragraph 1 of said Complaint.

2. Admits the allegations contained in paragraph 2 of said Complaint.

3. (A) Admits the allegations contained in paragraph 3 (A) of said Complaint.

   (B) Admits the allegations contained in paragraph 3 (B) of said Complaint.

   (C) Admits the allegations contained in paragraph 3 (C) of said Complaint.

   (D) Admits the allegations contained in paragraph 3 (D) of said Complaint.

   (E) Admits the allegations contained in paragraph 3 (E) of said Complaint.

   (F) Admits the allegations contained in paragraph 3 (F) of said Complaint.

   (G) Admits the allegations contained in paragraph 3 (G) of said Complaint.

C

EXHIBIT
2

1

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF TAZEWELL  )

DONNA JEANNE GASTON, being first duly sworn upon oath, deposes and says that she is one of the Defendants herein; that he has read the aforegoing Answer to Motion for Summary Judgment; and that the facts and matters contained therein are true and correct.

          X *Donna Jeanne Gaston*
          DONNA JEANNE GASTON

Subscribed and sworn to before
me this 9th day of December, 2003.

*Jack Vieley*
Notary Public


JACK C. VIELEY
Attorney at Law
121 North Main Street, Suite B-1
Bloomington, Illinois 61701
Telephone: (309) 827-8888

C  64

(H) Admits the allegations contained in paragraph 3 (H) of said Complaint.

(I) Admits the allegations contained in paragraph 3 (I) of said Complaint.

(J) Denies the allegations contained in paragraph 3 (J) of said Complaint.

(K) Denies the allegations contained in paragraph 3 (K) of said Complaint.

(L) Admits the allegations contained in paragraph 3 (L) of said Complaint.

(M) Denies the allegations contained in paragraph 3 (M) of said Complaint.

(N) Denies the allegations contained in paragraph 3 (N) of said Complaint.

(O) Denies the allegations contained in paragraph 3 (O) of said Complaint.

(P) Denies the allegations contained in paragraph 3 (P) of said Complaint.

(Q) Denies the allegations contained in paragraph 3 (Q) of said Complaint.

(R) Denies the allegations contained in paragraph 3 (R) of said Complaint.

(S) Denies the allegations contained in paragraph 3 (S) of said Complaint.

(T) Denies the allegations contained in paragraph 3 (T) of said Complaint.

4. Denies the allegations contained in paragraph 4 of said Complaint.

5. Denies the allegations contained in paragraph 5 of said Complaint.

6. Denies the allegations contained in paragraph 6 of said Complaint.

7. Denies the allegations contained in paragraph 7 of said Complaint.

<u>FIRST AFFIRMATIVE DEFENSE</u>

And for her First Affirmative Defense, the Counter-Plaintiff GASTON states that NATIONAL violated 15 USC 1692 *et seq.* by attempting to illegally collect alleged debts from her that were not due and owing by her as set forth in more detail in GASTON'S Counterclaim, which is attached hereto and incorporated herein by reference.

C    65

WHEREFORE, the Defendant, DONNA JEANNE GASTON, prays the Court for the entry of an Order dismissing and denying the Complaint for Foreclosure and for such other and further relief as may be proper.

TRIAL BY JURY IS DEMANDED.

DONNA JEANNE GASTON, Defendant,

By: _____
Her Attorney

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF TAZEWELL  )

DONNA JEANNE GASTON, being first duly sworn upon oath, deposes and says that she is one of the Defendants herein; that he has read the aforegoing Amended Answer to Complaint for Foreclosure; and that the facts and matters contained therein are true and correct.

X _____
DONNA JEANNE GASTON

Subscribed and sworn to before me this 9th day of December, 2003.

"OFFICIAL SEAL"
JACK C. VIELEY
Notary Public, State of Illinois
My Commission Expires April 23, 2005

_____
Notary Public

JACK C. VIELEY
Attorney at Law
121 North Main Street, Suite B-1
Bloomington, Illinois 61701
Telephone: (309) 827-8888

3

C 66

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF McLEAN

NATIONAL CITY BANK OF MICHIGAN/ )
ILLINOIS as successor in interest to )
FIRST OF AMERICA BANK-ILLINOIS, )
NA, )
              Plaintiff, )
vs. ) CASE NO. 03-CH-60
DONNA JEANNE GASTON, et al., )
              Defendants. )
and )
   ) JURY TRIAL DEMANDED
DONNA JEANNE GASTON, )
              Counterplaintiff, )
vs. )
NATIONAL CITY BANK OF MICHIGAN/ )
ILLINOIS as successor in interest to )
FIRST OF AMERICA BANK-ILLINOIS, )
NA, )
              Counterdefendant. )

## COUNTERCLAIM
(Violation of 15 USC 1692 *et seq.*)

Now comes the Defendant and Counterplaintiff, DONNA JEANNE GASTON, hereinafter referred to as "GASTON", by her attorney, JACK C. VIELEY, complaining of the Plaintiff and Counterdefendant, NATIONAL CITY BANK OF MICHIGAN/ILLINOIS as successor in interest to FIRST OF AMERICAN BANK-ILLINOIS, NA, hereinafter referred to as "NATIONAL", and for a cause of action states as follows:

C 67

1. That NATIONAL is a debt collector within the meaning of 15 USC 1692 *et seq.*

2. That at all times mentioned herein, 15 USC 1692 *et seq.* was in full force and effect.

3. That NATIONAL has illegally attempted to collect a debt against GASTON in the instant case and also in prior cases as follows: 99-CH-202 and 02-CH-24.

4. That in connection with the attempt to collect an alleged debt against GASTON, NATIONAL filed suit and maintained litigation against GASTON by false representations and deceptive means in that NATIONAL attempted to illegally collect:

| | |
|---|---|
| Net Other Fees | $ 317.00 |
| Advanced Fees | $3,757.33 |
| Sale Notice | $1,000.00 |

as set forth in GASTON'S Exhibit #1, a copy of which is attached hereto and made a part hereof, and in violation of 15 USC 1692e. (10) and 15 USC 1692f. (1).

5. These improper and illegal attempts were stricken by the trial court in prior litigation, and NATIONAL was admonished in open court that it could not prevail in its attempt to collect such illegal charges.

6. NATIONAL has also violated the letter and spirit of 1692 *et seq.* as follows:

A. Failed to send the monthly mortgage payment book to GASTON as previously ordered by the trial court;

B. By attempting to charge GASTON the monthly rate of $635.30 per month instead of the amount of $545.00 per month;

C. By refusing to properly credit GASTON'S account for all amounts of money tendered to her in the past.

7. That NATIONAL'S abusive and illegal collection acts continue to date.

WHEREFORE, the Defendant and Counter-Plaintiff, DONNA JEANNE GASTON, prays the Court for the following relief:

A. That she be awarded Judgment against NATIONAL for a sum of money in excess of $50,000.00.

B. That she be awarded attorney's fees and Court costs.

C. That punitive damages be assessed against NATIONAL for its willful misconduct.

D. That the Court enter a preliminary injunction against NATIONAL enjoining NATIONAL from the aforesaid illegal collection procedure.

E. That GASTON be awarded such other and further relief as may be proper.

TRIAL BY JURY IS DEMANDED.

DONNA JEANNE GASTON, Defendant and Counter-Plaintiff,

By: *[signature: Jack Viley]*
Her Attorney

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF TAZEWELL)

DONNA JEANNE GASTON, being first duly sworn upon oath, deposes and says that she is the Defendant and Counter-Plaintiff herein; that he has read the aforegoing Counterclaim; and that the facts and matters contained therein are true and correct.

X *[signature: Donna J Gaston]*
DONNA JEANNE GASTON

C   69

6

Subscribed and sworn to before me this 23rd day of December, 2003.

*Jack Vieley*
Notary Public

[Notary seal: JACK C. VIELEY, Notary Public, State of Illinois, My Commission Expires April 23, 2005]

JACK C. VIELEY
Attorney at Law
121 North Main Street, Suite B-1
Bloomington, Illinois 61701
Telephone: (309) 827-8888

C 70